United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILL MOSES PALMER, III,            No. C 05-358 SI (pr)

    Plaintiff,                       **ORDER**

    v.

SHAWN HATTON; et al.,

    Defendants.
                                  /

        Plaintiff's motion for reconsideration is DENIED. (Docket # 22.) Plaintiff did not meet any of the criteria for reconsideration: he did not present newly discovered evidence, the court did not commit clear error or make a manifestly unjust decision, and there has not been a change in controlling law. See School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993).

        Defendants have filed an ex parte request for an extension of time to file their dispositive motion. Upon due consideration of the request and accompanying declaration of attorney Jennifer Perkell, the request is GRANTED. (Docket # 26.) The court vacates the existing briefing schedule and now sets the following briefing schedule:

        1.    Defendants must file and serve their dispositive motion no later than **October 6, 2006**. If defendants are of the opinion that the case cannot be resolved by dispositive motion, they must file and serve such a notice by the deadline.

      2.      Plaintiff must file and serve his opposition to the dispositive motion no later than **November 3, 2006**.

      3.      If defendants wish to file a reply brief, they must file and serve their reply brief no later than **November 17, 2006**.

IT IS SO ORDERED.

Dated: August 2, 2006

_____
SUSAN ILLSTON
United States District Judge

2