**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, | No. C 05-358 SI (pr) |
| Plaintiff, | **ORDER STAYING DISCOVERY** |
| v. | |
| SHAWN HATTON; et al., | |
| Defendants. | |

Defendants have filed a motion to stay discovery pending a decision on their motion for summary judgment in which they assert entitlement to judgment as a matter of law on the defense of qualified immunity. The U.S. Supreme Court has made it abundantly clear that a district court should stay discovery until the threshold question of qualified immunity is settled. See Crawford-El v. Britton, 523 U.S. 574, 598 (1998); Anderson v. Creighton, 483 U.S. 635, 646 n.6 (1987); Harlow v. Fitzgerald, 457 U.S. 800, 818 (1982). Accordingly, the court GRANTS defendants' motion to stay discovery. (Docket # 88.) All discovery is STAYED until defendants' motion for summary judgment raising the qualified immunity defense is resolved.

IT IS SO ORDERED.

Dated: May 1, 2007

_____
SUSAN ILLSTON
United States District Judge