UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER,<br><br>   Plaintiff,<br><br> v.<br><br>SHAWN HATTON; et al.,<br><br>   Defendants.<br>               / | No. C 05-358 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

  Plaintiff has filed an ex parte request for extension of time to file his opposition to the pending motions to dismiss and for summary judgment. Plaintiff complains that he did not receive defendant Earland's motion until April 23, 2007 because it was not marked as legal mail and therefore was processed as non-legal mail. Plaintiff is wrong insofar as he suggests that mail from opposing counsel is confidential legal mail: there is nothing confidential about mail from opposing counsel, unlike mail from one's own attorney. Defendant Earland made no mistake by not marking the mail as "confidential legal mail" as plaintiff requested. The court sets generous briefing schedule in pro se prisoner cases to allow for the routine delays attendant to documents being mailed to and from prison. When plaintiff received the motion – which, incidentally, he had seen at least some version of because it was originally filed in August 2006 – he had about three weeks to prepare his opposition. The alleged mail delay does not warrant an extension of time. However, plaintiff offered a more persuasive second reason for an extension, i.e., he stated that he needed additional time because he had to respond to two different dispositive motions – one from defendant Earland and another from the CDC defendants – and the latter is a 35-page motion. That provides good cause for the extension of

time, even though the alleged mail delay does not. Plaintiff's request for an extension of time therefore is GRANTED. (Docket # 91.) The court now sets the following new briefing schedule for dispositive motions:

1. Plaintiff must file and serve on defense counsel his opposition to the dispositive motions no later than **June 22, 2007**.

2. Defendants must file and serve their reply briefs, if any, no later than **July 13, 2007**.

IT IS SO ORDERED.

Dated: May 23, 2007

_____
SUSAN ILLSTON
United States District Judge