UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, | No. C 05-358 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SHAWN HATTON; et al., | |
| Defendants. | |

The due process claim is dismissed without prejudice to plaintiff filing a new civil rights complaint after he has exhausted his administrative remedies. Judgment is entered in defendants' favor and against plaintiff on all other claims.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 14, 2008

SUSAN ILLSTON
United States District Judge