UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, | No. C 05-358 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| SHAWN HATTON; et al., | |
| Defendants. | |

Plaintiff filed a request for status of notice of appeal. The court GRANTS the request for information. (Docket # 105, # 106.) The court did not receive a notice of appeal from plaintiff.

IT IS SO ORDERED.

Dated: May 8, 2008

SUSAN ILLSTON
United States District Judge