United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILL MOSES PALMER,

    Plaintiff,

  v.

SHAWN HATTON; et al.,

    Defendants.
                                     /

No. C 05-358 SI (pr)

**ORDER**

Plaintiff's unsigned motion for relief from judgment is DISMISSED as moot in light of the Ninth Circuit's September 12, 2008 order. (Docket # 117.) The Ninth Circuit's order deemed the appeal filed as of February 6, 2008, thus ending the need for plaintiff to try to obtain relief from the judgment.

IT IS SO ORDERED.

Dated: November 14, 2008

                                                            SUSAN ILLSTON
                                              United States District Judge